[No. 5,899.—In Bank.]

## BOARD OF EDUCATION *v.* WHEELER MARTIN ET AL.

EVIDENCE.

APPEAL from a judgment for defendants, in the Nineteenth District Court, City and County of San Francisco. WHEELER, J.

*John J. Williams,* and *W. C. Burnett,* for Appellant.

*Bishop & Fifield,* for Respondents.

The COURT:

On the authority of the *Board of Education* v. *Keenan,* 55 Cal. 642, judgment and order of nonsuit reversed, and cause remanded for a new trial.

McKINSTRY, J., dissented.

[THORNTON, J., being disqualified, took no part in the decision.]